IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00205-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. EMILY A. MARQUEZ,

      Defendant.

---

## ORDER TO DISMISS

---

      Upon consideration of the Government's Motion to Dismiss, and for good cause

shown, it is hereby

      ORDERED that Counts 1 and 2 of the Indictment be dismissed as to the

defendant.

      DATED this 8th day of November, 2007.

                     BY THE COURT:


                     s/ Wiley Y. Daniel
                     WILEY Y. DANIEL,
                     United States District Judge