IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. EMILY A. MARQUEZ  Criminal Action No. 07-cr-00205-WYD-01

**Petition for Early Termination of Probation**

COMES NOW, Edgar T. Ruiz, probation officer of the court, presenting an official report upon the conduct and attitude of Emily A. Marquez who was placed on supervision by the Honorable Wiley Y. Daniel, sitting in the court at Denver, Colorado, on the 8th day of November, 2007, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2. The defendant shall, within six months of the sentence date, find suitable and productive employment or pursue educational and vocational interests under the supervision of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from probation and the proceedings in the case be terminated.

Respectfully,

s/ Edgar T. Ruiz
Edgar T. Ruiz
U.S. Probation Officer
Place: Denver, Colorado
Date: February 20, 2009

**ORDER OF THE COURT**

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 26th day of February, 2009.

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States Judge