**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00205-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EMILY A. MARQUEZ,

        Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On February 20, 2009, the probation officer submitted a petition for early termination of probation in this case. On February 26, 2009, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on February 26, 2009, to which they filed a response, on the same day, indicating that they did not object to termination of the defendant's probation. Accordingly, it is

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 6th day of March, 2009.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              Chief United States District Judge